**UNITED STATES of America, Appellee**

v.

**Morris M. BROADIE, Appellant.**

No. 04–3174.

United States Court of Appeals, District of Columbia Circuit.

Jan. 26, 2007.

Roy Wallace McLeese, III, David Brian Goodhand, Assistant U.S. Attorneys, Florence Y. Pan, Attorney, U.S. Attorney's Office, Kenneth L. Wainstein, Assistant Attorney General, U.S. Department of Justice, National Security Division, Washington, DC, for Appellee.

A. J. Kramer, Federal Public Defender, Neil H. Jaffee, Lisa Burget Wright, Assistant Federal Public Defenders, Federal Public Defender, Washington, DC, for Appellant.

Before: GINSBURG, Chief Judge, and HENDERSON and RANDOLPH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

Upon consideration of the unopposed motion of appellant to issue judgment and mandate in which appellant advises the court that the district court would not alter the sentence previously imposed on appellant, and the court's order filed July 7, 2007, affirming the judgment of conviction, it is

**ORDERED** and **ADJUDGED** that the sentence of the District Court appealed from in this cause be affirmed.

The Clerk is directed to issue the mandate forthwith.